Jeff Silvestri, Esq. (NSBN 5779)
Tara U. Teegarden, Esq. (NSBN 15344)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendants Lincoln Financial Advisors Corporation and Lincoln Financial Securities Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 2:21-cv-01078-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS, LINCOLN FINANCIAL ADVISORS CORPORATION AND LINCOLN FINANCIAL SECURITIES CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(First Request)** |

The parties, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendants, Lincoln Financial Advisors Corporation and Lincoln Financial Securities Corporation (collectively, "Defendants") to answer or otherwise respond to Plaintiffs Brighthouse

. . .

. . .

. . .

. . .

. . .

Life Insurance Company and Brighthouse Securities, LLC's (collectively "Plaintiffs") Complaint (ECF No. 1) shall be extended to and including July 30, 2021.

DATED: June 29, 2021.

| SKANE MILLS LLP | McDONALD CARANO LLP |
|---|---|
| By: /s/ *Sarai L. Brown*<br>Sarai L. Brown, Esq. (NSBN 11067)<br>1120 Town Center Drive, Suite 200<br>Las Vegas, Nevada 89144<br>sbrown@skanemills.com<br><br>*Attorneys for Plaintiffs Brighthouse Life Insurance Company and Brighthouse Securities, LLC* | By: /s/ *Jeff Silvestri*<br>Jeff Silvestri, Esq. (NSBN 5779)<br>Tara U. Teegarden, Esq. (NSBN 15344)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>jsilvestri@mcdonaldcarano.com<br>tteegarden@mcdonaldcarano.com<br><br>*Attorneys for Defendants Lincoln Financial Advisors Corporation and Lincoln Financial Securities Corporation* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-30-2021