Sarai L. Brown, Esq.  (Bar No. 11067)
sbrown@skanemills.com
Beth A. Cook, Esq.  (Bar No. 9928)
bcook@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Plaintiff, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND BRIGHTHOUSE SECURITIES, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION,<br><br>Defendants. | CASE NO.:  2:21-cv-01078-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS, LINCOLN FINANCIAL ADVISORS CORPORATION AND LINCOLN FINANCIAL SECURITIES CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(Second Request)** |

COMES NOW, the parties, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendants, Lincoln Financial Advisors Corporation and Lincoln Financial Securities Corporation (collectively, "Defendants") to answer or otherwise respond to Plaintiff's Brighthouse Life

Insurance Company and Brighthouse Securities, LLC's (collectively "Plaintiffs") Complaint (ECF No. 1) shall be extended to and including August 30, 2021.

DATED: July 22, 2021                    DATED: July 22, 2021

SKANE MILLS LLP                          McDONALD CARANO LLP

 /s/ Sarai L. Brown                         /s/ Jeff Sivestri

_____            _____
Sarai L. Brown, Esq. (#11067)           Jeff Silvestri, Esq. (#5779)
Beth A. Cook, Esq. (#9928)              Tara U. Teegarden, Esq. (#15344)
1120 Town Center Drive                  2300 W. Sahara Avenue
Suite 200                               Suite 1200
Las Vegas, Nevada 89144                 Las Vegas, Nevada 89102

**IT IS SO ORDERED.**

_____
UNITED STATE MAGISTRATE JUDGE

DATED: 7-23-2021