1  Sarai L. Brown, Esq.  (#11067)
   sbrown@skanemills.com
2  Patrice Stephenson-Johnson  (#12283)
   pjohnson@skanemills.com
3  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada  89144
   (702) 363-2535 / Fax (702) 363-2534
5
6  Attorneys for Plaintiff, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND
   BRIGHTHOUSE SECURITIES, LLC

7

8
                **UNITED STATES DISTRICT COURT**
9
                    **DISTRICT OF NEVADA**
10

11

12  BRIGHTHOUSE LIFE INSURANCE            **CASE NO.:  2:21-cv-01078-JCM-VCF**
    COMPANY; and BRIGHTHOUSE
13  SECURITIES, LLC,

14
              Plaintiffs,                  **STIPULATION AND ORDER FOR**
15                                         **EXTENSION OF TIME FOR**
         v.                                **PLAINTIFFS TO RESPONSE TO**
16                                         **DEFENDANT LINCOLN**
    GEORGE SCHMIDT, JR.; and               **FINANCIAL ADVISORS**
17  LINCOLN FINANCIAL ADVISORS             **CORPORATION'S MOTION TO**
    CORPORATION,                           **DISMISS**
18
19                                         **(First Request)**
              Defendants.
20

21

22

23

24

25

26  ///

27  ///

28  ///

                                    1

COMES NOW, the parties, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Plaintiffs, Brighthouse Life Insurance Company and Brighthouse securities, LLC ("Plaintiffs") to respond to Defendant Lincoln Financial Advisors Corporation's Motion to Dismiss [Doc. 20] shall be extended to and including January 14, 2022.

DATED: December 13, 2021                        DATED:  December 13, 2021

SKANE MILLS LLP                               McDONALD CARANO LLP

 /s/ Sarai L. Thornton                           /s/ Jeff Silvestri

_____              _____
Sarai L. Brown, Esq. (#11067)                 Jeff Silvestri, Esq. (#5779)
Patrice Stephenson-Johnson (#12283)           Tara U. Teegarden, Esq. (#15344)
1120 Town Center Drive                        2300 W. Sahara Avenue
Suite 200                                     Suite 1200
Las Vegas, Nevada 89144                       Las Vegas, Nevada 89102


                                              **IT IS SO ORDERED.**

                                              _____
                                              UNITED STATES DISTRICT JUDGE

                                              DATED: _January 7, 2022_____

2

Aimee L. Creed, Esq.
d'Arcambal, Ousley & Cuyler Burk LLP
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176

---

**From:** Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>
**Sent:** Monday, December 13, 2021 3:51 PM
**To:** Aimee Creed <acreed@darcambal.com>; Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; CaraMia Gerard <cgerard@mcdonaldcarano.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Aimee –

You can affix my signature to this stipulation.  Thanks

**Jeff Silvestri** | Partner

**McDONALD CARANO**

**D:** 702.257.4521 | **C:** 702.338.6387
**E:** jsilvestri@mcdonaldcarano.com

---

**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Monday, December 13, 2021 7:23 AM
**To:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Amy –
Please see attached. Subject to final formatting by our Nevada counsel, please let me know whether we may sign on behalf of counsel of record for LFA.
Thanks,
Aimee

Aimee L. Creed, Esq.
d'Arcambal, Ousley & Cuyler Burk LLP
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176