1  Sarai L. Thornton, Esq. (Bar #11067)
   sthornton@skanemills.com
2  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
3  Las Vegas, Nevada 89144
   (702) 363-2535 / Fax (702) 363-2534
4
5  Attorneys for Plaintiff, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND
   BRIGHTHOUSE SECURITIES, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE SCHMIDT, JR.; and LINCOLN FINANCIAL ADVISORS CORPORATION, <br><br> Defendants. | CASE NO.: 2:21-cv-01078-JCM-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPONSE TO DEFENDANT LINCOLN FINANCIAL ADVISORS CORPORATION'S MOTION TO DISMISS** <br><br> **(Second Request)** |

COMES NOW, the parties, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Plaintiffs, Brighthouse Life Insurance Company and Brighthouse securities, LLC ("Plaintiffs") to respond to Defendant Lincoln Financial Advisors Corporation's Motion to Dismiss [Doc. 20] shall be extended to and including January 28, 2022. This is an additional extension from the first request for an extension through January 14, 2022 submitted by the parties [Doc. 23] and is requested due to COVID-19 illnesses on

the part of Plaintiffs' national counsel and difficulties coordinating with company representatives during the holidays.

DATED: January 6, 2022

DATED: January 6, 2022

SKANE MILLS LLP

/s/ Sarai L. Thornton

Sarai L. Thornton, Esq. (#11067)
1120 Town Center Drive
Suite 200
Las Vegas, Nevada 89144

McDONALD CARANO LLP

/s/ Jeff Silvestri

Jeff Silvestri, Esq. (#5779)
Tara U. Teegarden, Esq. (#15344)
2300 W. Sahara Avenue
Suite 1200
Las Vegas, Nevada 89102

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 7, 2022

# Yesenia Lutes

| | |
|---|---|
| **From:** | Jeff Silvestri <jsilvestri@Mcdonaldcarano.com> |
| **Sent:** | Thursday, January 6, 2022 11:24 AM |
| **To:** | Yesenia Lutes |
| **Cc:** | Jeff Silvestri; CaraMia Gerard |
| **Subject:** | RE: [External Sender] Collins - LFA Motion to Dismiss |

Yes. You can sign for me

**Jeff Silvestri** | Partner
## McDONALD CARANO

**D:** 702.257.4521  |  **C:** 702.338.6387
**E:** jsilvestri@mcdonaldcarano.com


**From:** Yesenia Lutes <YLutes@SkaneMills.com>
**Sent:** Thursday, January 6, 2022 11:15 AM
**To:** Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>
**Subject:** FW: [External Sender] Collins - LFA Motion to Dismiss

Mr. Silvestri:

Per Ms. Creed's email below, would you please confirm if we have your authorization to insert your e-signature to the attached stipulation?

Thank you.



Yesenia Lopez-Lutes, Paralegal
1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144
p: 702-363-2535 ext. 505
ylutes@skanemills.com  |  skanemills.com
LOS ANGELES * SAN DIEGO * SAN FRANCISCO * LAS VEGAS

THE INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message is intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone at the number below and do not disclose the contents, use it for any purpose, or store or copy the information in any medium.

On Jan 6, 2022, at 11:47 AM, Aimee Creed <acreed@darcambal.com> wrote:

Hi Paula and Jeff –
Please see attached and let me know whether we may affix your electronic signature before filing.
Thank you again,
Aimee

**Aimee L. Creed, Esq.**
**d'Arcambal, Ousley & Cuyler Burk LLP**
**Direct dial: (212) 971-3175, ext. 104**
**Office: (212) 971-3175**
**Fax: 212-971-3176**


**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Wednesday, January 5, 2022 10:12 AM
**To:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Thanks Paula – I appreciate that.

**Aimee L. Creed, Esq.**
**d'Arcambal, Ousley & Cuyler Burk LLP**
**Direct dial: (212) 971-3175, ext. 104**
**Office: (212) 971-3175**
**Fax: 212-971-3176**


**From:** Shaffner, Paula <PShaffner@STRADLEY.COM>
**Sent:** Wednesday, January 5, 2022 12:44 AM
**To:** Aimee Creed <acreed@darcambal.com>; Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hey Aimee. Happy New Year to you as well. Covid seems to have derailed everything these days. No problem on an additional two week extension. Feel better.

bio | vcard | email | map | website

**Paula Shaffner**
Stradley Ronon Stevens & Young, LLP
p: 215.564.8761 | c: 267.408.6677
f: 215.564.8120

2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018

This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Tuesday, January 4, 2022 12:32 PM
**To:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Jeff and Amy –

Happy New Year – I hope 2022 has been good for you all so far. I just wanted to touch base on our MTD response. You had previously agreed to an extension through January 14 and we submitted that consent motion to the Court. This deadline may still be ok but I wanted to ask whether you would be receptive to another 2-week extension in the event we need it. Unfortunately, I came down with Covid over the holidays and have been kind of knocked down with it. Separately, several colleagues and clients also tested positive so getting certain things done or the necessary people involved has been difficult. It's been pretty challenging in NYC overall these past few weeks.

Thanks,
Aimee

**Aimee L. Creed, Esq.**
d'Arcambal, Ousley & Cuyler Burk LLP
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176


**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Monday, December 13, 2021 10:23 AM
**To:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Amy –
Please see attached. Subject to final formatting by our Nevada counsel, please let me know whether we may sign on behalf of counsel of record for LFA.
Thanks,
Aimee

**Aimee L. Creed, Esq.**
d'Arcambal, Ousley & Cuyler Burk LLP
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176


**From:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Sent:** Friday, December 10, 2021 7:58 AM
**To:** Aimee Creed <acreed@darcambal.com>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Aimee,

LFA will consent to the one-month extension. Please circulate a draft stipulation for the extension.

Best,
Amy

bio | vcard | email | map | website


**Amy E. Sparrow**
Stradley Ronon Stevens & Young, LLP
p: 484-323-1353 | c: 610.533.6512
f: 610.640.1965

> 30 Valley Stream Parkway
> Malvern, PA 19355-1481

Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Thursday, December 9, 2021 9:33 AM
**To:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** Collins - LFA Motion to Dismiss

**External Email - Think Before You Click**

Hi Amy –

We will need to seek a month's extension on our response to LFA's motion to dismiss, getting us past the holidays. I have our response as presently due December 14. Please let me know if you'd consent to an extension through January 14.

4

Thanks,
Aimee


**Aimee L. Creed, Esq.**

d'Arcambal, Ousley & Cuyler Burk LLP
40 Fulton Street • Suite 1501
New York, NY 10038
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176
www.darcambal.com
acreed@darcambal.com

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.