Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Plaintiff, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND BRIGHTHOUSE SECURITIES, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE SCHMIDT, JR.; and LINCOLN FINANCIAL ADVISORS CORPORATION, <br><br> Defendants. | CASE NO.: 2:21-cv-01078-JCM-VCF <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT LINCOLN FINANCIAL ADVISORS CORPORATION'S MOTION TO DISMISS <br><br> (Third Request) |

COMES NOW, the parties, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Plaintiffs, Brighthouse Life Insurance Company and Brighthouse Securities, LLC ("Plaintiffs"), to respond to Defendant Lincoln Financial Advisors Corporation's Motion to Dismiss [Doc. 20] shall be extended to and including February 4, 2022. This is an additional extension from the last request for an extension through January 28, 2022

submitted by the parties [Doc. 24]. Plaintiffs request this additional one-week extension in order to secure a Declaration from a necessary company witness who is presently unavailable due to out of office travel and inability to review the necessary documents and sign the Declaration. The witness will be prepared to review and execute the necessary Declaration for filing in conjunction with Plaintiffs' Opposition to the Motion to Dismiss by the requested February 4, 2022 deadline.

DATED: January 24, 2022

SKANE MILLS LLP

/s/ Sarai L. Thornton

Elizabeth A. Skane, Esq. (#7181)
Sarai L. Thornton, Esq. (#11067)
1120 Town Center Drive
Suite 200
Las Vegas, Nevada 89144

DATED: January 24, 2022

McDONALD CARANO LLP

/s/ Jeff Silvestri

Jeff Silvestri, Esq. (#5779)
Tara U. Teegarden, Esq. (#15344)
2300 W. Sahara Avenue
Suite 1200
Las Vegas, Nevada 89102


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 26, 2022

Office: (212) 971-3175
Fax: 212-971-3176


**From:** Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>
**Sent:** Friday, January 21, 2022 5:44 PM
**To:** Aimee Creed <acreed@darcambal.com>
**Cc:** Sparrow, Amy <ASparrow@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Shaffner, Paula <PShaffner@STRADLEY.COM>; Sarai L. Thornton <SThornton@skanemills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Yes it is. Thanks

**Jeff Silvestri** | Partner
**McDONALD CARANO**

**D:** 702.257.4521 | **C:** 702.338.6387
**E:** jsilvestri@mcdonaldcarano.com


**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Friday, January 21, 2022 2:33 PM
**To:** Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>
**Cc:** Sparrow, Amy <ASparrow@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Shaffner, Paula <PShaffner@STRADLEY.COM>; Sarai L. Thornton <SThornton@skanemills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Jeff – Ok to sign on your behalf? Thanks.

**Aimee L. Creed, Esq.**
**d'Arcambal, Ousley & Cuyler Burk LLP**
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176


**From:** Shaffner, Paula <PShaffner@STRADLEY.COM>
**Sent:** Thursday, January 20, 2022 1:32 PM
**To:** Aimee Creed <acreed@darcambal.com>
**Cc:** Jeff Silvestri <jsilvestri@mcdonaldcarano.com>; Sparrow, Amy <ASparrow@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Sarai L. Thornton <SThornton@skanemills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** Re: Collins - LFA Motion to Dismiss

This is fine.

Sent from my iPhone

2

On Jan 20, 2022, at 11:12 AM, Aimee Creed <acreed@darcambal.com> wrote:

Stipulation attached. Please let me know if it meets with your approval. Thanks again.

**Aimee L. Creed, Esq.**
**d'Arcambal, Ousley & Cuyler Burk LLP**
**Direct dial: (212) 971-3175, ext. 104**
**Office: (212) 971-3175**
**Fax: 212-971-3176**


**From:** Aimee Creed
**Sent:** Thursday, January 20, 2022 10:33 AM
**To:** 'Shaffner, Paula' <PShaffner@STRADLEY.COM>
**Cc:** Jeff Silvestri <jsilvestri@mcdonaldcarano.com>; Sparrow, Amy <ASparrow@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Sarai L. Thornton <SThornton@skanemills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Thank you. I will prepare a consent motion.

**Aimee L. Creed, Esq.**
**d'Arcambal, Ousley & Cuyler Burk LLP**
**Direct dial: (212) 971-3175, ext. 104**
**Office: (212) 971-3175**
**Fax: 212-971-3176**


**From:** Shaffner, Paula <PShaffner@STRADLEY.COM>
**Sent:** Thursday, January 20, 2022 10:29 AM
**To:** Aimee Creed <acreed@darcambal.com>
**Cc:** Jeff Silvestri <jsilvestri@mcdonaldcarano.com>; Sparrow, Amy <ASparrow@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Sarai L. Thornton <SThornton@skanemills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** Re: Collins - LFA Motion to Dismiss

A further extension is fine with us.

Sent from my iPhone

> On Jan 19, 2022, at 8:28 PM, Aimee Creed <acreed@darcambal.com> wrote:
>
> Dear Paula and Jeff —
>
> Thank you again for your professional courtesy as we navigated through these past few difficult weeks. Would you be amenable to a one-week further extension of our response deadline, to February 4? We have a company witness

3

that needs to sign a declaration but is out of town in the North Dakota mountains this week and next week. Otherwise, we will be prepared to file and do not plan to ask for any further extensions.

Thank you,
Aimee


**Aimee L. Creed, Esq.**
d'Arcambal, Ousley & Cuyler Burk LLP
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176



**From:** Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>
**Sent:** Thursday, January 6, 2022 12:32 PM
**To:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Aimee Creed <acreed@darcambal.com>
**Cc:** Sparrow, Amy <ASparrow@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Sarai L. Thornton <SThornton@skanemills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Aimee –

Since Paula has approved you can esign for me. Thanks

**Jeff Silvestri** | Partner
**McDONALD CARANO**

**D:** 702.257.4521  |  **C:** 702.338.6387
**E:** jsilvestri@mcdonaldcarano.com


**From:** Shaffner, Paula <PShaffner@STRADLEY.COM>
**Sent:** Thursday, January 6, 2022 8:51 AM
**To:** Aimee Creed <acreed@darcambal.com>
**Cc:** Sparrow, Amy <ASparrow@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@skanemills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** Re: Collins - LFA Motion to Dismiss

Fine with me.

Sent from my iPhone

> On Jan 6, 2022, at 11:47 AM, Aimee Creed <acreed@darcambal.com> wrote:

4

Hi Paula and Jeff –
Please see attached and let me know whether we may affix your electronic signature before filing.
Thank you again,
Aimee

**Aimee L. Creed, Esq.**
**d'Arcambal, Ousley & Cuyler Burk LLP**
**Direct dial: (212) 971-3175, ext. 104**
**Office: (212) 971-3175**
**Fax: 212-971-3176**


**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Wednesday, January 5, 2022 10:12 AM
**To:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Thanks Paula – I appreciate that.

**Aimee L. Creed, Esq.**
**d'Arcambal, Ousley & Cuyler Burk LLP**
**Direct dial: (212) 971-3175, ext. 104**
**Office: (212) 971-3175**
**Fax: 212-971-3176**


**From:** Shaffner, Paula <PShaffner@STRADLEY.COM>
**Sent:** Wednesday, January 5, 2022 12:44 AM
**To:** Aimee Creed <acreed@darcambal.com>; Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hey Aimee. Happy New Year to you as well. Covid seems to have derailed everything these days. No problem on an additional two week extension. Feel better.

bio | vcard | email | map | website

5

**Paula Shaffner**
Stradley Ronon Stevens & Young, LLP
p: 215.564.8761 | c: 267.408.6677
f: 215.564.8120

2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018

This e-mail is from the law firm of Stradley Ronon Stevens & Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Tuesday, January 4, 2022 12:32 PM
**To:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Jeff and Amy –

Happy New Year – I hope 2022 has been good for you all so far. I just wanted to touch base on our MTD response. You had previously agreed to an extension through January 14 and we submitted that consent motion to the Court. This deadline may still be ok but I wanted to ask whether you would be receptive to another 2-week extension in the event we need it. Unfortunately, I came down with Covid over the holidays and have been kind of knocked down with it. Separately, several colleagues and clients also tested positive so getting certain things done or the necessary people involved has been difficult. It's been pretty challenging in NYC overall these past few weeks.

Thanks,
Aimee

**Aimee L. Creed, Esq.**
d'Arcambal, Ousley & Cuyler Burk LLP
**Direct dial: (212) 971-3175, ext. 104**
Office: (212) 971-3175
Fax: 212-971-3176

**From:** Aimee Creed <acreed@darcambal.com>
**Sent:** Monday, December 13, 2021 10:23 AM
**To:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton

6


&lt;SThornton@SkaneMills.com&gt;; Patrice Stephenson-Johnson
&lt;pjohnson@skanemills.com&gt;; Aimee Creed &lt;acreed@darcambal.com&gt;
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Amy –

Please see attached. Subject to final formatting by our Nevada counsel, please let me know whether we may sign on behalf of counsel of record for LFA.
Thanks,
Aimee

**Aimee L. Creed, Esq.**
d'Arcambal, Ousley & Cuyler Burk LLP
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176


**From:** Sparrow, Amy &lt;ASparrow@STRADLEY.COM&gt;
**Sent:** Friday, December 10, 2021 7:58 AM
**To:** Aimee Creed &lt;acreed@darcambal.com&gt;
**Cc:** Shaffner, Paula &lt;PShaffner@STRADLEY.COM&gt;; Doty, David &lt;ddoty@stradley.com&gt;; Jeff Silvestri &lt;jsilvestri@Mcdonaldcarano.com&gt;; Sarai L. Thornton &lt;SThornton@SkaneMills.com&gt;; Patrice Stephenson-Johnson &lt;pjohnson@skanemills.com&gt;
**Subject:** RE: Collins - LFA Motion to Dismiss

Hi Aimee,

LFA will consent to the one-month extension. Please circulate a draft stipulation for the extension.

Best,
Amy

bio | vcard | email | map | website


**Amy E. Sparrow**
Stradley Ronon Stevens & Young, LLP
p: 484-323-1353 | c: 610.533.6512
f: 610.640.1965

>30 Valley Stream Parkway
>Malvern, PA 19355-1481

Young, LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and attachments. Thank you.

**From:** Aimee Creed &lt;acreed@darcambal.com&gt;
**Sent:** Thursday, December 9, 2021 9:33 AM

7

**To:** Sparrow, Amy <ASparrow@STRADLEY.COM>
**Cc:** Shaffner, Paula <PShaffner@STRADLEY.COM>; Doty, David <ddoty@stradley.com>; Jeff Silvestri <jsilvestri@Mcdonaldcarano.com>; Sarai L. Thornton <SThornton@SkaneMills.com>; Patrice Stephenson-Johnson <pjohnson@skanemills.com>; Aimee Creed <acreed@darcambal.com>
**Subject:** Collins - LFA Motion to Dismiss

**External Email - Think Before You Click**

Hi Amy –

We will need to seek a month's extension on our response to LFA's motion to dismiss, getting us past the holidays. I have our response as presently due December 14. Please let me know if you'd consent to an extension through January 14.

Thanks,
Aimee


**Aimee L. Creed, Esq.**

d'Arcambal, Ousley & Cuyler Burk LLP
40 Fulton Street • Suite 1501
New York, NY 10038
Direct dial: (212) 971-3175, ext. 104
Office: (212) 971-3175
Fax: 212-971-3176
www.darcambal.com
acreed@darcambal.com

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.