Jeff Silvestri, Esq. (NSBN 5779)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant Lincoln
Financial Advisors Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>Defendants. | Case No. 2:21-cv-01078-JCM-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT LINCOLN FINANCIAL ADVISORS CORPORATION TO SUBMIT A REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS** |

COMES NOW, the parties, by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendant, Lincoln Financial Advisors Corporation ("LFA"), to submit

/ / /

/ / /

/ / /

/ / /

1  a Reply in further support of its Motion to Dismiss [ECF 20] shall be extended to and including
2  February 25, 2022.

DATED: February 10, 2022                           DATED: February 10, 2022

SKANE MILLS LLP                                    McDONALD CARANO LLP

By: */s/ Sarai L. Brown*                           By: */s/ Jeff Silvestri*
    Sarai L. Brown, Esq. (#11067)                      Jeff Silvestri, Esq. (# 5779)
    Patrice Stephenson-Johnson (#12283)                Tara U. Teegarden, Esq. (# 15344)
    1120 Town Center Drive, Suite 200                  2300 W. Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89144                            Las Vegas, NV 89102

*Attorneys for Plaintiffs Brighthouse Life           Attorneys for Defendant Lincoln
Insurance Company and Brighthouse                    Financial Advisors Corporation*
*Securities, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 14, 2022

Page 2 of 2