Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

Paula D. Shaffner, Esq. (*Admitted Pro Hac Vice*)
Amy E. Sparrow, Esq. (*Admitted Pro Hac Vice*)
Stradley Ronon Stevens & Young, LLP
2005 Market Street
Philadelphia, PA 19103-7018
Telephone:  (215) 564-8000
pshaffner@stradley.com
asparrow@stradley.com

*Attorneys for Defendant Lincoln Financial Advisors Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION,<br><br>Defendants. | Case No. 2:21-cv-01078-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR LINCOLN FINANCIAL ADVISORS CORPORATION TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**[First Request]** |

Under Local Rules IA 6-1 and 7-1, Defendant Lincoln Financial Advisors Corporation ("LFA") and Plaintiffs Brighthouse Life Insurance Company and Brighthouse Securities, LLC (collectively "Plaintiffs"), by and through their attorneys, hereby stipulate and request that the Court extend the deadline for LFA to file its responsive pleading to Plaintiffs' First Amended Complaint ("FAC") from April 14, 2023, up to and including May 3, 2023.

In support of this Stipulation, the parties state as follows:

1.  On June 7, 2021, Plaintiffs filed their Complaint asserting claims against LFA, among others. [ECF No. 1].

2.  Plaintiffs amended their complaint on November 24, 2021. [ECF No. 15].

3.  On November 30, 2021, LFA moved to dismiss Plaintiffs' FAC under FRCP 12(b)(1) and 12(b)(6). [ECF No. 20].

4.  Plaintiffs filed their Opposition to LFA's Motion to Dismiss Plaintiffs' FAC on February 4, 2022. [ECF No. 31].

5.  On February 25, 2022, LFA filed its reply in support of its Motion to Dismiss Plaintiffs' FAC. [ECF No. 37].

6.  On March 31, 2023, this Court entered an order granting in part, and denying in part, LFA's Motion to Dismiss Plaintiffs' FAC ("Order"). [ECF No. 52].

7.  The Court's March 31, 2023 Order triggered LFA's 14-day deadline to file its responsive pleading to Plaintiffs' FAC.

8.  LFA's counsel needs additional time to investigate and prepare an appropriate response to Plaintiffs' remaining claims.

9.  This is LFA's first request to this Court for an extension of time to respond to Plaintiffs' FAC, the request is in good faith and not for the purposes of delay, and the requested extension will not prejudice any party.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. The parties stipulate and request that the Court extend the deadline for LFA to file its responsive pleading to Plaintiffs' First Amended Complaint from April 14, 2023, up to and including May 3, 2023.

DATED this 13th day of April, 2023.

| SKANE MILLS LLP | McDONALD CARANO LLP |
|---|---|
| By: /s/ *Sarai L. Brown* <br> Elizabeth A. Skane, Esq. (NSBN 7181) <br> Sarai L. Brown, Esq. (NSBN 11067) <br> Patrice Stephenson-Johnson (NSBN 12283) <br> 1120 Town Center Drive, Suite 200 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Plaintiffs Brighthouse Life Insurance Company and Brighthouse Securities, LLC* | By: /s/ *Tara U. Teegarden* <br> Rory T. Kay, Esq. (NSBN 12416) <br> Tara U. Teegarden, Esq. (NSBN 15344) <br> 2300 W. Sahara Avenue, Suite 1200 <br> Las Vegas, NV 89102 <br><br> Paula D. Shaffner, Esq. <br> (*Admitted Pro Hac Vice*) <br> Amy E. Sparrow, Esq. <br> (*Admitted Pro Hac Vice*) <br> STRADLEY RONON STEVENS & YOUNG, LLP <br> 2005 Market Street <br> Philadelphia, PA 19103-7018 <br><br> *Attorneys for Defendant Lincoln Financial Advisors Corporation* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-17-2023