Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq.  (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
(702) 363-2535 / Fax (702) 363-2534

Aimee L. Creed, Esq.  (Bar No. 518732)
acreed@darcambal.com
d'Arcambal, Ousley & Cuyler Burk LLP
40 Fulton Street, Suite 1501
New York, NY 10038
(pro hac vice)

Attorneys for Plaintiff, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND BRIGHTHOUSE SECURITIES, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION, <br><br> Defendants. | CASE NO.:  2:21-cv-01078-JCM-VCF <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT LINCOLN FINANCIAL ADVISORS CORPORATION'S COUNTERCLAIM** <br><br> **(FIRST REQUEST)** |
| LINCOLN FINANCIAL ADVISORS CORPORATION, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> BRIAN DORNELLAS, AS TRUSTEE OF THE SHELLY COLLINS REVOCABLE | |

1

LIVING TRUST AND AS GUARDIAN FOR
JENNIFER ANN STOVALL and JENNIFER
ANN STOVALL,

          Third-Party Defendants.

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT LINCOLN FINANCIAL ADVISORS CORPORATION'S COUNTERCLAIM

      WHEREAS, Defendant Lincoln Financial Advisors Corporation filed and served its Answer and Affirmative Defenses to First Amended Complaint, Counterclaim, Crossclaim and Third-Party Complaint on Plaintiffs Brighthouse Life Insurance Company, and Brighthouse Securities, LLC on May 24, 2023 in the above entitled matter.

      WHEREAS, a responsive pleading or motion would be due on or before June 14, 2023.

      WHEREAS, due to Plaintiffs' hectic calendar coupled with the upcoming short holiday, counsel for Plaintiffs request additional time to prepare Plaintiffs' responsive pleading.

      WHEREAS, after conference between their respective counsel, Defendant Lincoln Financial Advisors Corporation and Plaintiffs Brighthouse Life Insurance Company, and Brighthouse Securities, LLC hereby stipulate to the following:

      **IT IS HEREBY STIPULATED AND AGREED**, that Plaintiffs Brighthouse Life Insurance Company, and Brighthouse Securities, LLC shall have an additional thirty (30) days to file a responsive pleading or motion with this Court. The new date by which such a responsive pleading or motion shall be filed is, July 14, 2023.

      This responsive pleading date will not impact any deadlines set by the Court.

///

///

///

2

**IT IS SO STIPULATED**.

DATED: June 12, 2023                 McDONALD CARANO LLP

By: */s/ Amy E. Sparrow*

Rory T. Kay, Esq. (#12416)
Tara U. Teegarden, Esq. (#15344)
2300 W. Sahara Ave., Ste. 1200
Las Vegas, NV 89102

Paula D. Shaffner, Esq.
(Admitted Pro Hac Vice)
Amy E. Sparrow, Esq.
(Admitted Pro Hac Vice)
STANDLEY RONON STEVEN
  & YOUNG LLP
2005 Market Strett
Philadelphia, PA 19103-7018

DATED: June 12, 2023                 SKANE MILLS LLP

By: */s/ Sarai L. Thornton*

Sarai L. Thornton, Esq. (#11067)
1120 Town Center Dr., Ste. 200
Las Vegas, NV 89144

Aimee Creed, Esq.
(Admitted Pro Hac Vice)
D'ARCAMBAL, OUSLEY
  & CUYLER BURK LLP
40 Fulton Street, Suite 1501
New York, NY 10038

**ORDER**

Having reviewed and considered the Stipulation, upon the showing of good cause:

**IT IS HEREBY ORDERED** that Plaintiff Brighthouse Life Insurance Company, and Brighthouse Securities, LLC shall have an additional thirty (30) days to file a responsive pleading or motion with this Court. The new date by which such a responsive pleading or motion shall be filed is **July 14, 2023**.

Dated this 13th day of June 2023.

UNITED STATES ~~DISTRICT~~ COURT
Magistrate