Rory T. Kay, Esq. (NSBN 12416)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Paula D. Shaffner, Esq. (*Admitted Pro Hac Vice*)
Amy E. Sparrow, Esq. (*Admitted Pro Hac Vice*)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Philadelphia, PA 19103-7018
Telephone: (215) 564-8000
pshaffner@stradley.com
asparrow@stradley.com

*Attorneys for Lincoln Financial Advisors Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION,<br><br>Defendants.<br><br>LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>Counterdefendants. | Case No. 2:21-cv-01078-JCM-VCF<br><br>**MOTION FOR REMOVAL OF TARA U. TEEGARDEN FROM THE CM/ECF SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL OF RECORD** |

| | |
|---|---|
| LINCOLN FINANCIAL ADVISORS CORPORATION, | |
| | Crossclaimant, |
| v. | |
| GEORGE SCHMIDT, JR., | |
| | Crossdefendant. |
| LINCOLN FINANCIAL ADVISORS CORPORATION, | |
| | Third-Party Plaintiff, |
| v. | |
| BRIAN DORNELLAS, AS TRUSTEE OF THE SHELLY COLLINS REVOCABLE LIVING TRUST AND AS GUARDIAN FOR JENNIFER ANN STOVALL and JENNIFER ANN STOVALL, | |
| | Third-Party Defendants. |

Defendant Lincoln Financial Advisors Corporation ("LFA"), by and through its undersigned counsel, hereby files this Motion for Removal of Tara Teegarden from the CM/ECF Service List (the "Motion") in the above-captioned matter.

///

///

///

///

///

///



This Motion shall also serve as notice that attorney Tara Teegarden has disassociated as counsel of record in this case.  Accordingly, LFA respectfully requests that Tara Teegarden's name be removed from the CM/ECF Service List in this matter.

Dated this 31st day of July, 2023.

          McDONALD CARANO LLP

          By: /s/ Kiley A. Harrison
              Rory T. Kay, Esq. (NSBN 12416)
              Kiley A. Harrison, Esq. (NSBN 16092)
              2300 W. Sahara Avenue, Suite 1200
              Las Vegas, NV 89102

              Paula D. Shaffner, Esq. (*Admitted Pro Hac Vice*)
              Amy E. Sparrow, Esq. (*Admitted Pro Hac Vice*)
              STRADLEY RONON STEVENS & YOUNG, LLP
              2005 Market Street
              Philadelphia, PA 19103-7018

              *Attorneys for Lincoln Financial Advisors Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/4/23

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano LLP, and that on or about July 31, 2023, a true and correct copy of the foregoing **MOTION FOR REMOVAL OF TARA U. TEEGARDEN FROM THE CM/ECF SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL OF RECORD** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ CaraMia Gerard*
An employee of McDonald Carano LLP