Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq.  (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
(702) 363-2535 / Fax (702) 363-2534

Aimee L. Creed, Esq.  (Bar No. 518732)
acreed@darcambal.com
d'Arcambal, Ousley & Cuyler Burk LLP
40 Fulton Street, Suite 1501
New York, NY 10038
(pro hac vice)

Attorneys for Plaintiff, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND BRIGHTHOUSE SECURITIES, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>         Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION,<br><br>         Defendants.<br><hr>LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>         Third-Party Plaintiff,<br><br>    v.<br><br>BRIAN DORNELLAS, AS TRUSTEE OF THE SHELLY COLLINS REVOCABLE LIVING TRUST AND AS GUARDIAN FOR | CASE NO.:  2:21-cv-01078-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CASE DISMISSAL**<br><br>**(First Request)** |

1

| | |
|---|---|
| JENNIFER ANN STOVALL and JENNIFER ANN STOVALL, | |
| Third-Party Defendants. | |
| LINCOLN FINANCIAL ADVISORS CORPORATION, | |
| Cross-Claim/Plaintiff, | |
| v. | |
| GEORGE SCHMIDT, JR. | |
| Cross-Claim/Defendant. | |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CASE DISMISSAL**
**(First Request)**

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiffs/Counter-defendants Brighthouse Life Insurance Company and Brighthouse Securities, LLC (collectively, "Plaintiffs"), Defendant/Counterclaimant/Cross-claimant/Third-Party Plaintiff Lincoln Financial Advisors Corporation ("LFA"), Third-Party Defendant Brian Dornellas, as Trustee of the Shelly Collins Revocable Living Trust ("Dornellas"), and Third-Party Defendant Jennifer Ann Stovall ("Stovall") (collectively, the "Parties"), by and through their counsel of record, jointly stipulate, agree, and respectfully request that the Court extend the current deadline of April 15, 2024 for the parties to file dismissal documents as directed in the Court's February 13, 2024 Minute Order [ECF. No. 92] be extended by the later of 45 days, through and including May 30, 2024, or 10 days after Judgment has been entered in connection with Plaintiffs' recently filed Request for Default Judgment against George Schmidt, Jr. ("Schmidt") [ECF Doc. 94.]

An agreement has been reached in principle and the undersigned Parties remain committed to resolving their claims as against each other. Due to the number of parties and claims involved, additional time is needed to resolve certain material terms provided for in the settlement agreement and to allow the Parties sufficient time to execute the agreement and satisfy specific provisions within the agreement that are required to occur prior to dismissal of the action.

The request is also intended to allow sufficient time for consideration of Plaintiffs' recently filed Request for Default Judgment against Schmidt [ECF Doc. 94] and for the Court to enter Judgment, which will resolve Plaintiff's claims against Schmidt, who is not a party to the settlement agreement.

This is the Parties' first request to extend this deadline.

**IT IS SO STIPULATED**.

Dated: April 15, 2024

SKANE MILLS LLP

By: /s/ Sarai L. Thornton
_____
Sarai L. Thornton, Esq. (NSBN 11067)
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
eskane@skanemills.com
sthornton@skanemills.com

D'ARCAMBAL OUSLEY & CUYLER BURK LLP

By: /a/ Aimee L. Creed
Aimee L. Creed, Esq. (*Pro Hac Vice*)
40 Fulton Street, Suite 1501
New York, NY 10038
acreed@darcambal.com
*Attorneys for Brighthouse Life Insurance Company, and Brighthouse Securities, LLC*

THE LAW OFFICES OF DAVID LIEBRADER

By: s/s David Liebrader
David Liebrader, Esq. (NSBN 5048)
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
DaveL@investmentloss.com

*Attorneys for Brian Dornell as Trustee of the Shelly Collins Revocable Living Trust*

Dated: April 15, 2024

MCDONALD CARANO LLP

By: /s/ Kiley Harrison
Kiley Harrison
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102
702-358-6501
Email: kharrison@mcdonaldcarano.com
*Attorneys for Lincoln Financial Advisors Corporation*

POWERS LAW

By: /s/ Eric S. Powers
Eric S. Powers, Esq. (NSBN 12850)
50 S. Stephanie St., Suite 103
Henderson, NV 89012
Eric.powers@ericpowerslaw.com
*Attorneys for Jennifer Ann Stovall*

**ORDER**

**IT IS SO ORDERED** April 15, 2024.

_____
UNITED STATES DISTRICT JUDGE

3