Rory T. Kay, Esq. (NSBN 12416)
Karyna M. Armstrong, Esq. (NSBN 16044)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

Paula D. Shaffner, Esq. (*Admitted Pro Hac Vice*)
Amy E. Sparrow, Esq. (*Admitted Pro Hac Vice*)
Stradley Ronon Stevens & Young, LLP
2005 Market Street
Philadelphia, PA 19103-7018
Telephone: (215) 564-8000
pshaffner@stradley.com
asparrow@stradley.com

*Attorneys for Defendant Lincoln Financial Advisors Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION,<br><br>Defendants. | CASE NO.: 2:21-cv-01078-JCM-VCF<br><br>LINCOLN FINANCIAL ADVISORS CORPORATION and GEORGE SCHMIDT, JR.'S STIPULATION AND ORDER TO VOLUNTARILY DISMISS CASE WITHOUT PREJUDICE |
| LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>Third-Party Plaintiff,<br><br>v. | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BRIAN DORNELLAS, AS TRUSTEE OF THE SHELLY COLLINS REVOCABLE LIVING TRUST AND AS GUARDIAN FOR JENNIFER ANN STOVALL and JENNIFER ANN STOVALL,<br><br>           Third-Party Defendants. |
| 6<br>7<br>8<br>9<br>10<br>11 | LINCOLN FINANCIAL ADVISORS CORPORATION,<br>           Cross-Claim/Plaintiff,<br>v.<br>GEORGE SCHMIDT, JR.<br>           Cross-Claim/Defendant. |

Defendant/Counterclaimant/Cross-Claimant/Third-Party Plaintiff Lincoln Financial Advisors Corporation ("LFA") and Third-Party Defendant/Cross-Claimant George Schmidt, Jr. ("Schmidt"), by and through counsel of record, jointly stipulate under FRCP 41(a) to dismiss the case without prejudice as follows:

**WHEREAS**, plaintiffs Brighthouse Life Insurance Company and Brighthouse Securities, LLC ("Brighthouse Plaintiffs") filed their Complaint on June 7, 2021 [ECF No. 1] and filed their First Amended Complaint on November 9, 2021 [ECF No. 15], alleging seven causes of action against LFA; on November 30, 2021, LFA moved to dismiss the Brighthouse Plaintiffs' First Amended Complaint [ECF No. 20]; on March 31, 2023, the Court granted in part and denied in part LFA's Motion to Dismiss [ECF No. 52] leaving Count I for breach of contract as the sole cause of action by the Brighthouse Plaintiffs against LFA;

**WHEREAS**, on May 24, 2023, LFA filed its Answer and Affirmative Defenses to the Brighthouse Plaintiffs' First Amended Complaint, as well as its Counterclaim against the Brighthouse Plaintiffs, a Crossclaim against George Schmidt, Jr., and a Third-Party Complaint against the Third-Party Defendants [ECF No. 59];

**WHEREAS**, on October 11, 2023, default was entered against Defendant Schmidt for failure to file a responsive pleading to LFA's Crossclaim [ECF 87];

WHEREAS, the Brighthouse Plaintiffs and LFA have resolved their completing claims and so LFA and Schmidt wish to dismiss LFA's Crossclaim and Third-Party Complaint as it pertains to Schmidt in this action;

**THE PARTIES HEREBY STIPULATE AND AGREE** that under FRCP 41(a), the Court shall dismiss LFA's Crossclaim and Third-Party Complaint against Schmidt without prejudice;

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney fees and costs.

**IT IS SO STIPULATED**.

Dated: 6-17-____, 2024

GEORGE A. SCHMIDT JR.

By: _____
George A. Schmidt #06175-509
FCI Lewisburg
Federal Correctional Institution
P.O. Box 1000
Lewisburg, PA 17837

Dated: June 11, 2024

MCDONALD CARANO LLP

By: _/s/ Karyna M. Armstrong_
Rory T. Kay, Esq. (NSBN 12416)
Karyna M. Armstrong, Esq. (NSBN 16044)
Kiley A. Harrison, Esq. (NSBN 16092)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102

Amy E. Sparrow, Esq. (*Pro Hac Vice*)
Paula D. Shaffner, Esq. (*Pro Hac Vice*)
30 Valley Stream Parkway
Malvern, PA 19355
asparrow@stradley.com
pshaffner@stradley.com

*Attorneys for*
*Lincoln Financial Advisors Corporation*

**ORDER**

**IT IS SO ORDERED** June 27, 2024.

_____
UNITED STATES DISTRICT JUDGE