1  Rory T. Kay, Esq. (NSBN 12416)
   Karyna M. Armstrong, Esq. (NSBN 16044)
2  Kiley A. Harrison, Esq. (NSBN 16092)
   McDONALD CARANO LLP
3  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
4  Telephone: (702) 873-4100
   rkay@mcdonaldcarano.com
5  karmstrong@mcdonaldcarano.com
   kharrison@mcdonaldcarano.com
6
   Paula D. Shaffner, Esq. (*Admitted Pro Hac Vice*)
7  Amy E. Sparrow, Esq. (*Admitted Pro Hac Vice*)
   Stradley Ronon Stevens & Young, LLP
8  2005 Market Street
   Philadelphia, PA 19103-7018
9  Telephone:  (215) 564-8000
   pshaffner@stradley.com
10 asparrow@stradley.com

11 *Attorneys for Defendant Lincoln*
   *Financial Advisors Corporation*
12

13                  **UNITED STATES DISTRICT COURT**

14                       **DISTRICT OF NEVADA**

15
   BRIGHTHOUSE LIFE INSURANCE              CASE NO.:  **2:21-cv-01078-JCM-VCF**
16 COMPANY; and BRIGHTHOUSE
   SECURITIES, LLC,
17
           Plaintiffs/Counterclaim
18         Defendants,                      **BRIAN DORNELLAS, AS TRUSTEE OF**
                                            **THE SHELLY COLLINS REVOCABLE**
19      v.                                  **LIVING TRUST AND AS GUARDIAN FOR**
                                            **JENNIFER ANN STOVALL AND**
20 GEORGE SCHMIDT, JR.; LINCOLN             **LINCOLN FINANCIAL ADVISORS**
   FINANCIAL ADVISORS CORPORATION;         **CORPORATION'S STIPULATION AND**
21 and LINCOLN FINANCIAL SECURITIES        **ORDER TO VOLUNTARILY DISMISS**
   CORPORATION,                            **CASE WITH PREJUDICE**
22
           Defendants.
23 ─────────────────────────────

24 LINCOLN FINANCIAL ADVISORS
   CORPORATION,
25
26         Third-Party Plaintiff,

27    v.

28

1   BRIAN DORNELLAS, AS TRUSTEE OF
    THE SHELLY COLLINS REVOCABLE
2   LIVING TRUST AND AS GUARDIAN FOR
    JENNIFER ANN STOVALL and JENNIFER
3   ANN STOVALL,

4                   Third-Party Defendants.

5

6   LINCOLN FINANCIAL ADVISORS
    CORPORATION,
7
                    Cross-Claim/Plaintiff,
8   v.

9   GEORGE SCHMIDT, JR.

10                  Cross-Claim/Defendant.

11

12          Defendant/Counterclaimant/Cross-Claimant/Third-Party     Plaintiff     Lincoln     Financial

13   Advisors Corporation ("LFA") and Third-Party Defendant Brian Dornellas, as Trustee of

14   the Shelly Collins Revocable Living Trust and as Guardian for Jennifer Ann Stovall

15   ("Dornellas"), by and through their counsel of record, jointly stipulate under FRCP 41(a) to

16   dismiss the case with prejudice as follows:

17          **WHEREAS**, plaintiffs Brighthouse Life Insurance Company and Brighthoue

18   Securities, LLC ("Brighthouse Plaintiffs") filed their Complaint on June 7, 2021 [ECF No.

19   1] and filed their First Amended Complaint on November 9, 2021 [ECF No. 15], alleging

20   seven causes of action against LFA; on November 30, 2021, LFA moved to dismiss the

21   Brighthouse Plaintiffs' First Amended Complaint [ECF No. 20]; on March 31, 2023, the

22   Court granted in part and denied in part LFA's Motion to Dismiss [ECF No. 52] leaving

23   Count I for breach of contract as the sole cause of action by the Brighthouse Plaintiffs

24   against LFA;

25          **WHEREAS**, on May 24, 2023, LFA filed its Answer and Affirmative Defenses to the

26   Brighthouse Plaintiffs' First Amended Complaint, as well as its Counterclaim against the

27

28

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702 873 4100 • FAX 702 873 9966

1  Brighthouse Plaintiffs, a Crossclaim against George Schmidt, Jr., and a Third-Party

2  Complaint against the Third-Party Defendants [ECF No. 59];

3     **WHEREAS**, on July 17, 2023, Dornellas filed his Answer to LFA's Third-Party

4  Complaint [ECF No. 71];

5     **WHEREAS**, the Brighthouse Plaintiffs and LFA have resolved their completing

6  claims and so LFA and Dornellas wish to dismiss LFA's Third-Party Complaint as it

7  pertains to Dornellas in this action;

8     **THE PARTIES HEREBY STIPULATE AND AGREE** that under FRCP 41(a), the

9  Court shall dismiss LFA's Third-Party Complaint against Dornellas with prejudice;

10  ///

11  ///

12  ///

13   ///

14   ///

15   ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    ///

2    ///

3        **IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own

4    attorney fees and costs.

5        **IT IS SO STIPULATED**.

6

7    Dated: _July 11_, 2024                    Dated: July 11, 2024
     THE LAW OFFICES OF DAVID                    MCDONALD CARANO, LLP
8    LIEBRADER

9    By: _____          By: _/s/ Karyna M. Armstrong_

10   _____

11   David Liebrader, Esq. (NSBN 5048)          Rory T. Kay, Esq. (NSBN 12416)
     3960 Howard Hughes Parkway, Suite          Karyna Armstrong, Esq. (NSBN 16044)
     500                                        Kiley A. Harrison, Esq. (NSBN 16092)
12   Las Vegas, NV 89169                        McDONALD CARANO LLP
     DaveL@investmentloss.com                   2300 W. Sahara Avenue, Suite 1200
13                                              Las Vegas, NV 89102

14   *Attorneys for Brian Dornellas as
     Trustee of the Shelly Collins*            Amy E. Sparrow, Esq. (Pro Hac Vice)
15   *Revocable Living Trust and as*           Paula D. Shaffner, Esq. (Pro Hac Vice)
     *Guardian for Jennifer Ann Stovall*       30 Valley Stream Parkway
16                                              Malvern, PA 19355
                                                asparrow@stradley.com
17                                              pshaffner@stradley.com

18
                                                *Attorneys for Lincoln Financial Advisors*
19                                              *Corporation*

20                                        **ORDER**

21

22                                            **IT IS SO ORDERED** July 16, 2024.

23                                        _____
                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702 873 4100 • FAX 702 873 9966