Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
(702) 363-2535 / Fax (702) 363-2534

Aimee L. Creed, Esq.  (pro hac vice)
acreed@darcambal.com
d'Arcambal, Ousley & Cuyler Burk LLP
40 Fulton Street, Suite 1501
New York, NY 10038

Attorneys for Plaintiff, BRIGHTHOUSE LIFE INSURANCE COMPANY, AND BRIGHTHOUSE SECURITIES, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY; and BRIGHTHOUSE SECURITIES, LLC,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>GEORGE SCHMIDT, JR.; LINCOLN FINANCIAL ADVISORS CORPORATION; and LINCOLN FINANCIAL SECURITIES CORPORATION,<br><br>        Defendants. | **CASE NO.:  2:21-cv-01078-JCM-VCF**<br><br><br>**CLERK DEFAULT JUDGMENT** |
| LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>BRIAN DORNELLAS, AS TRUSTEE OF THE SHELLY COLLINS REVOCABLE LIVING TRUST AND AS GUARDIAN FOR | |

1

JENNIFER ANN STOVALL and JENNIFER ANN STOVALL,

        Third-Party Defendants.

LINCOLN FINANCIAL ADVISORS CORPORATION,

        Cross-Claim/Plaintiff,

v.

GEORGE SCHMIDT, JR.

        Cross-Claim/Defendant.

## **CLERK DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and LR 77-1(b)(3), Judgment is hereby entered in favor of PLAINTIFFS, BRIGHTHOUSE LIFE INSURANCE COMPANY AND BRIGHTHOUSE SECURITIES, LLC (together, "Plaintiffs") and AGAINST DEFENDANT GEORGE SCHMIDT ("Schmidt") in the amount of $307,374.87, plus pre-judgment interest at the rate of 10.5 % accruing from July 1, 2021, together with costs in the amount of $1,882.01.

Plaintiff shall have execution thereof. Post-judgment interest will begin to run upon entry of this Judgment until payment.

]

Date: 2/20/2025

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

2